PROB 35  
(Rev. 4/81)

Report and Order Terminating Probation/  
Supervised Release Prior to Original Expiration Date

# United States District Court

For The

District of New Jersey

UNITED STATES OF AMERICA

v.  Crim. No.  02-00713-001

Michelle Calderon

On May 5, 2006, the above named was placed on supervised release for a period of 5 years. The supervised releasee has complied with the rules and regulations of supervised release and is no longer in need of supervised release supervision. It is accordingly recommended that the supervised releasee be discharged from supervised release.

Respectfully submitted,

*Donna W. Shaw*

Senior U.S. Probation Officer  
Donna W. Shaw

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the supervised releasee be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 7th day of April, 2008.

United States District Judge